**No. 58332.**—Otto Roth & Co., Inc. v. United States, protests 189774–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of cheese the same in all material respects as that passed upon in Abstract 56940, the claim of the plaintiff was sustained.

**No. 58333.**—A. Giurlani & Bro. v. United States, protest 203016–K (San Francisco).

Opinion by JOHNSON, J. At the trial, the examiner testified that the merchandise consisted of cheese, made from sheep's milk, in original loaves, and suitable for grating. In view of this testimony and on the authority of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503) and Abstract 57390, the claim of the plaintiff was sustained.

**No. 58334.**—John H. Faunce, Philadelphia, Inc. v. United States, protest 218578–K (Philadelphia).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.